# Court of Appeals
# of the State of Georgia

ATLANTA,_ March 19, 2019_____

*The Court of Appeals hereby passes the following order:*

## A19D0354.  HAESUN PARK-POAPS v. RICHARD C. POAPS.

The parties were divorced in 2014.  In 2018, Richard C. Poaps (the "Father") filed a petition for modification of child support, parenting time, and visitation. Haesun Park-Poaps (the "Mother") counterclaimed for modification of child custody, modification of child support, and contempt.  The trial court entered an order that, among other things, modified the parenting plan and declined to change custody.  The Mother filed an application for discretionary review from that order.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody."  See also *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013) ("Under Georgia law, visitation rights are a part of custody."). Thus, when the issue on appeal pertains to child custody, the order is directly appealable. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Because the Mother seeks to challenge the trial court's child custody and parenting time rulings, the order here may be appealed directly. See id.

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  The Mother shall have ten days from the date of this order to file

a notice of appeal with the trial court. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/19/2019*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*